UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ESTHER SUE ELIAZO on Behalf of Herself and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>V.<br><br>BABY DOLLS TOPLESS SALOONS, INC. D/B/A BABY DOLLS-SOUTH, BDS RESTAURANT, INC., and STEVEN CRAFT, Individually,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 3:12-cv-03605-O<br>§    JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF SETTLEMENT

November 29, 2012

Plaintiff, Esther Sue Eliazo, hereby announces to the Court that she has agreed in principal to terms of settlement with Defendants, which will obviate Court settings. The Parties will file final dismissal papers with this Court no later than thirty (30) days from today.

                                  Respectfully submitted,

                                  KENNEDY HODGES, L.L.P.

                                  By: /s/ Galvin B. Kennedy
                                       Galvin B. Kennedy
                                       State Bar No. 00796870
                                       711 W. Alabama Street
                                       Houston, Texas 77006
                                       Telephone: 713-523-0001
                                       Facsimile: 713-523-1116

                                ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was served on all opposing parties by and through their attorney(s) of record via the Northern District's CM/ECF system on November 29, 2012.

     /s/ Galvin B. Kennedy
     Galvin B. Kennedy