UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESTHER SUE ELIAZO on Behalf of Herself and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:12-CV-03605-O |
| BABY DOLLS TOPLESS SALOONS, INC., DB ENTERTAINMENT, INC., BDS RESTAURANT, INC., BABY DOLLS OF DALLAS, INC., and STEVEN CRAFT, | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

### STIPULATION OF DISMISSAL AS TO ALL CLAIMS

COME NOW Esther Sue Eliazo, Steven Craft, Baby Dolls Topless Saloons, Inc., DB Entertainment, Inc., and BDS Restaurant, Inc., and hereby announce to the Court that they are dismissing the present suit **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. These parties have settled their claims and have agreed to this stipulation of dismissal. Plaintiff's claims against the non-appearing Defendant, Baby Dolls of Dallas, Inc., are also hereby being dismissed.

Because this Stipulation is being filed pursuant to Rule 41(a)(1)(A)(ii), no Court order is required or requested. The parties consider this entire matter closed and request that the court take appropriate action to remove this case from its docket.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ Galvin B. Kennedy
Galvin B. Kennedy
Gkennedy@kennedyhodges.com
Texas State Bar No. 00796870
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY IN CHARGE FOR PLAINTIFF
AND CLASS MEMBERS

AND

By: /s/ Charles J. Quaid
Charles J. Quaid
Bar No. 164220500
Quaid & Quaid LLC
8150 North Central Exp. #600
Dallas, TX 75206
Telephone: (214) 373-9100
Facsimile: (214) 373-6688
E-mail: cquaid@quaidandquiad.com

ATTORNEY FOR DEFENDANTS BABY DOLLS TOPLESS SALOONS INC., DB ENTERTAINMENT, INC., BDS RESTAURANT, INC. AND STEVEN CRAFT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all parties in this case have been served via the Northern District's CM/ECF System on December 3, 2012.

/s/ Galvin B. Kennedy
Galvin B. Kennedy