IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ESTHER S. ELIAZO,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-3605-O |
| **BABY DOLLS TOPLESS SALOONS, INC., et al.,** | § | |
| Defendants. | § | |

**ORDER**

The Court has been notified that this case has settled.  The parties are therefore directed to file the necessary dismissal papers (a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii)) with the Clerk's Office on or before **December 30, 2012.**

If a stipulation of dismissal is not filed by this deadline, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with this Court.

**SO ORDERED** on this **30th day** of **November, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE